UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARJUAN DERRICK ROBINSON,

    Plaintiff,

v.                                           Case No. 3:18cv1630-LC-CJK

W. WILLIAMS, et al.,

    Defendants.
_____/

REPORT AND RECOMMENDATION

Plaintiff, a Florida inmate proceeding *pro se*, initiated this action on August 7, 2018, by filing a civil rights complaint against four prison officials, claiming they falsely convicted him of stabbing another inmate. (Doc. 1). The court granted plaintiff leave to proceed *in forma pauperis* and assessed an initial partial filing fee. (Doc. 5). After plaintiff failed to pay the initial fee, the court issued a show cause order on October 23, 2018. (Doc. 6). The order was mailed to plaintiff at his address of record, Blackwater River Correctional Facility, but was returned as undeliverable on November 2, 2018, marked: "Inmate Deceased". (Doc. 7).

Rule 25 of the Federal Rules of Civil Procedure provides:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement

noting the death, the action by or against the decedent must be dismissed.

Fed. R. Civ. P. 25(a)(1). On November 8, 2018, the court noted plaintiff's death on the docket and ordered that any motion for substitution must be filed within ninety days. (Doc. 8). No motion for substitution has been filed.[1]

Accordingly, it is respectfully RECOMMENDED:

That this action be DISMISSED and the clerk be directed to close the file.

At Pensacola, Florida this 11th day of February, 2019.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.

---

[1] Plaintiff's copy of the order was returned as undeliverable. (Doc. 9).

*Case No. 3:18cv1630-LC-CJK*