UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARJUAN DERRICK ROBINSON,

    Plaintiff,

v.	Case No. 3:18cv1630-LC-CJK

W. WILLIAMS, et al.,

    Defendants.

_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated February 11, 2019 (doc. 10) reporting that the plaintiff is deceased.

After reviewing the Report and Recommendation, the Court has determined that it should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 10) is adopted and incorporated by reference in this order.

2. This action is DISMISSED.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 18th day of March, 2019.

    s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**